UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LAKEESHA S. JACKSON,

        Defendant.

Case No. **23-CR-178**

[18 U.S.C. §§ 152(1), 1519, & 2(a);
26 U.S.C. § 7202]

## INDICTMENT

### General Allegations

**THE GRAND JURY CHARGES THAT:**

1. At all times material to this Indictment, LAKEESHA S. JACKSON owned and operated Nurturing Concepts LLC, a personal care and home health agency.

2. Under federal law, an employer is required to collect payroll taxes, which include federal income taxes, Social Security taxes, and Medicare taxes, from the wages paid to its employees and to pay over these taxes to the United States through the Internal Revenue Service (IRS).

3. Federal law also requires most employers to file quarterly tax returns with the IRS reporting the total wages paid to employees during the quarter and the corresponding payroll taxes due and owing to the United States. These quarterly returns must be filed by the last day of the month following the end of the quarter in question.

1

4. As the owner and operator of Nurturing Concepts, JACKSON was responsible for collecting, truthfully accounting for, and paying over to the IRS the appropriate payroll taxes.

5. During the second, third, and fourth quarters of 2017, Nurturing Concepts paid more than $1.3 million in wages. Despite Nurturing Concepts withholding payroll taxes from these wage payments, JACKSON willfully failed to pay over to the IRS more than $100,000 withheld from employee paychecks.

6. Nurturing Concepts transacted business at various times relevant to this Indictment through the following bank accounts JACKSON controlled:

   a. From around July 2009 through September 2018, an Associated Bank checking account (ending -8931); and

   b. A Wells Fargo checking account (ending -4314), opened and used exclusively in September 2018.

7. In August 2018, JACKSON organized a new LLC, called Center of Care. This business—which JACKSON also owned and operated—was set up to perform substantially the same and similar services that Nurturing Concepts had performed, through many of the same employees. At all relevant times, JACKSON controlled Center of Care's checking account at Wells Fargo (ending -6634), which she set up on or around August 22, 2018.

8. On or around September 14, 2018, JACKSON transferred $40,000 from Nurturing Concepts' Wells Fargo account (ending -4314) to Center of Care's bank account (ending -6634). The money JACKSON passed through Nurturing Concepts' new and temporary Wells Fargo account (ending -4314) was composed of funds JACKSON moved

2

Case 2:23-cr-00178-LA    Filed 09/26/23    Page 2 of 6    Document 1

from Nurturing Concepts' longstanding Associated Bank account (ending -8931) and deposits of payments to Nurturing Concepts.

9. On September 28, 2018, Nurturing Concepts filed a bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Wisconsin, seeking liquidation under Chapter 7 of Title 11, United States Code. The matter, *In re Nurturing Concepts LLC*, was assigned Case No. 18-29302-BEH. The bankruptcy petition identified the IRS as Nurturing Concepts' largest creditor.

10. On or around December 6, 2018, JACKSON sent and caused to be transmitted to the trustee overseeing Nurturing Concepts' assets and liquidation a document purporting to be Nurturing Concepts' September 2018 Wells Fargo bank account (ending -4314) statement. In fact, as JACKSON knew, this document did not accurately reflect Nurturing Concepts' account activity in September 2018. Instead, the purported statement was forged to falsely understate JACKSON's deposits into the Wells Fargo account by $40,000, and to fraudulently conceal the $40,000 transfer JACKSON made to her successor business, Center of Care, on or around September 14, 2018.

11. Between on or around December 22, 2018, and January 4, 2019, JACKSON deposited checks made payable to Nurturing Concepts directly into Center of Care's Wells Fargo bank account (ending -6634). As JACKSON knew, these deposits included, at a minimum, approximately $8,000 in payments for services rendered by Nurturing Concepts while it was still operating and which belonged to Nurturing Concepts' bankruptcy estate.

## COUNTS ONE through THREE
(Willful Failure to Pay Taxes)

THE GRAND JURY FURTHER CHARGES THAT:

12. Paragraphs 1 through 5 above are restated in support of the following counts as if set forth in full.

13. Beginning on or before April 1, 2017, and continuing through December 19, 2017, in the State and Eastern District of Wisconsin,

## LAKEESHA S. JACKSON

willfully failed to collect, truthfully account for, and pay over to the IRS payroll taxes due and owing to the United States of America for each of the following quarters, in the corresponding approximate amounts:

| Count | Quarter (Date ending on) | Payroll Taxes |
|---|---|---|
| One | Second Quarter, 2017 (June 30, 2017) | $53,172 |
| Two | Third Quarter, 2017 (September 30, 2017) | $44,838 |
| Three | Fourth Quarter, 2017 (December 31, 2017) | $12,996 |

Each in violation of Title 26, United States Code, Section 7202.

## COUNT FOUR
(Falsifying Records)

**THE GRAND JURY FURTHER CHARGES THAT:**

14. Paragraphs 1 through 10 above are restated in support of this count as if set forth in full.

15. On or around December 6, 2018, in the State and Eastern District of Wisconsin,

**LAKEESHA S. JACKSON**

knowingly altered and falsified a Wells Fargo bank account statement with the intent to impede, obstruct, and influence the proper administration of *In re Nurturing Concepts*, a bankruptcy case filed under Title 11 of the United States Code, knowing that the matter was within the jurisdiction of the United States Bankruptcy Court.

All in violation of Title 18, United States Code, Sections 1519 and 2(a).

## COUNT FIVE
(Concealing Bankruptcy Assets)

**THE GRAND JURY FURTHER CHARGES THAT:**

16. Paragraphs 1 through 11 above are restated in support of this count as if set forth in full.

17. Between on or around December 21, 2018, and January 4, 2019, in the State and Eastern District of Wisconsin,

**LAKEESHA S. JACKSON**

knowingly and fraudulently concealed from a trustee charged with the control and custody of property, and from the United States Trustee, property belonging to the estate of Nurturing Concepts LLC, a debtor in bankruptcy.

All in violation of Title 18, United States Code, Section 152(1).

FOREPERSON
Dated: 9-26-23

*Gregory J. Haanstad* (signature)
GREGORY J. HAANSTAD
United States Attorney